portion of the sentence. (See *People v. Golden,* 1 Ill.App.3d 947, 275 N.E.2d 208.) The sentence for murder is accordingly reduced to a term of 40 years to 100 years in the penitentiary.

For the reasons stated, that part of the judgment sentencing defendant for murder is modified to a term of not less than 40 years nor more than 100 years in the penitentiary, and as modified, the judgment is affirmed.

Judgment affirmed as modified.

McGLOON, P. J., and DEMPSEY, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HAROLD BURRELL, Defendant-Appellant.

(No. 57299;

First District—October 11, 1972.

Opinion by Mr. JUSTICE ADESKO.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.